No. 05–6539. McCauley v. United States. C. A. 8th Cir. Certiorari denied.

No. 05–6541. Ziesman v. United States. C. A. 8th Cir. Certiorari denied.

No. 05–6542. Madrazo-Constante v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6543. Lewis v. United States. C. A. 11th Cir. Certiorari denied.

No. 05–6544. Marino v. United States District Court for the District of Massachusetts. C. A. 1st Cir. Certiorari denied.

No. 05–6546. Bickett v. United States. C. A. 6th Cir. Certiorari denied.

No. 05–6562. Prather v. United States. C. A. 11th Cir. Certiorari denied.

No. 05–6564. Sanchez-Gardea v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6565. Ramirez-Sanchez v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6566. Silva-Ontiveros v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6567. Gonzalez Santana v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6568. Scroggins v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6569. Lyons v. Red Roof Inns, Inc. C. A. 10th Cir. Certiorari denied.

No. 05–6570. Jones v. United States. C. A. 4th Cir. Certiorari denied.

No. 05–6574. Feiden v. United States. C. A. 9th Cir. Certiorari denied.

No. 05–6576. Dietz v. United States. C. A. 7th Cir. Certiorari denied.